1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                     **EASTERN DISTRICT OF CALIFORNIA**
10
11                                          | Case No. 2:16-cv-01703-TLN-KJN
12  RENE BRIGNONE,                          | *Assigned to District Judge Troy L.*
                                            | *Nunley; referred to Magistrate Judge*
13          Plaintiff,                      | *Kendall J. Newman*
14  v.
                                            | **ORDER GRANTING JOINT**
15  BLUESTEM BRANDS, INC. dba               | **MOTION TO EXTEND**
16  FINGERHUT,                              | **DISCOVERY CUT-OFF DATE OF**
                                            | **APRIL 28, 2017 TO MAY 31, 2017**
17          Defendant.
18                                          | Complaint Filed:   July 22, 2016
19
20
21
22
23
24
25
26
27
28

On April 20, 2017, Plaintiff Rene Brignone and defendant Bluestem Brands, Inc. filed a joint motion to request that the Court extend the present discovery cut-off deadline of April 28, 2017, set forth in the Court's Pretrial Scheduling Order entered on January 20, 2017, to May 31, 2017. In support thereof, the parties' explained that they have been actively engaging in discovery since December 2016, but that they have recently re-engaged in settlement negotiations and are optimistic that the parties will reach a settlement.

Good cause appearing, the joint motion is GRANTED as follows:

1. The deadline to complete all fact discovery of April 28, 2017, as set forth in the Court's Pretrial Scheduling Order entered on January 20, 2017, is extended to May 31, 2017.

**IT IS SO ORDERED.**

Date: April 20, 2017

_____
Troy L. Nunley
United States District Judge